# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT M. BLOCK,<br><br>                    Defendant. | 1:21-cv-00924-GSA-PC<br><br>**ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION OF EASTERN DISTRICT OF CALIFORNIA** |

      Anthony R. Turner is a state prisoner proceeding *pro se* with this civil action. On June 11, 2021, Plaintiff filed a document titled "Notice of Motion for Appeal of Judgment of the Above-Entitled Court." (ECF No. 1.) The document was construed as a civil complaint whereupon the clerk opened a new civil rights action pursuant to 42 U.S.C. § 1983.

      Plaintiff's purported Complaint appeared to be a notice of appeal to the Ninth Circuit Court of Appeals. However, Plaintiff did not provide sufficient information for the court to identify a case number for appeal. On July 6, 2021, Plaintiff filed another document, titled "Plaintiff does move this Court with Notice of Appeal purs. (F.R.A.P. 33(d)." (ECF No. 4.) Again, Plaintiff did not identify a case number for appeal.

      On July 30, 2021, the court issued an order for Plaintiff to respond in writing providing the case number of any case he wishes to appeal. (ECF No. 5.) On July 30, 2021, Plaintiff filed a response indicating that he wishes to proceed on the merits of his case. Plaintiff alleged claims

against defendants for events occurring in Solano County, which is located in the Sacramento Division of the Eastern District of California. Plaintiff is also incarcerated in Solano County at the Stanton Correctional Facility in Fairfield, California.

For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **August 2, 2021**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE